## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ROMERO, | * |
| Plaintiff, | * |
| v. | Civil Case No. JFM-14-11 |
| BOBBY MEEKS | * |
| Defendant. | * |

*******

### ORDER

I have reviewed U.S. Magistrate Judge Susan Paradise Baxter's August 27, 2014 Report and Recommendations, and the objections filed on September 4, 2014. I agree with Judge Baxter's rationale and recommended disposition. Therefore, it is, this 25th day of September, 2014 ORDERED that:

1. Judge Baxter's Report and Recommendations (ECF No. 14) BE, and HEREBY IS, ADOPTED as an order of the Court;

2. the Clerk of Court shall CLOSE this case; and

3. the Clerk shall send copies of this Order to counsel for the parties.

_____
J. Frederick Motz
United States District Judge